UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARCEL GIBSON** | * | |
|     **Plaintiff,** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE** |
| **AMERICAN NATIONAL PROPERTY** | * | |
| **& CASUALTY COMPANY** | * | |
|     **Defendant.** | * | **MAGISTRATE** |
| | * | |
| | * | |

*************************************************************************

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **DARCEL GIBSON** ("Complainant"), who files this Complaint and alleges the following upon information and belief:

1.

This is an action for damages suffered by Complainant as a direct and proximate result of Defendant's breaching of the Standard Flood Insurance Policy ("SFIP") which Complainant had entered into with Defendant.

## JURISDICTION AND VENUE

2.

This Court has original exclusive jurisdiction pursuant to 42 U.S.C. § 4072 because Complainant has instituted this action to recover losses covered by a SFIP that Complainant held with Defendant.

3.

Venue is proper in this Court pursuant to 42 U.S.C. § 4072 because the Eastern District of Louisiana includes the Parish of St. John the Baptist, in which the insured property at issue in this

matter is situated.

## THE PARTIES

4.

Complainant, Darcel Gibson, is a citizen of the United States and persons of the full age of majority domiciled in the Parish of St. John the Baptist, State of Louisiana.

5.

Defendant, **AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY** ("ANPAC") is a foreign insurance company authorized to do and doing business in the State of Louisiana.

## GENERAL ALLEGATIONS

6.

At all times relevant hereto, Complainant owned and resided at the property located at 500 Manchester Pl., LaPlace, Louisiana 70068 (the "Property").

7.

At all times relevant hereto, Complainant was current on her insurance payments to American and had in full force and effect a SFIP with Defendant, policy number 99012785222020, which provided insurance coverage for the incident and damages at issue herein, including flood insurance for the Property's building and its contents.

8.

On August 29, 2021, the New Orleans, Louisiana metropolitan area underwent relentless rainfall and destructive winds, leading to heavy flooding in certain areas in the region. The floodwaters thereupon inundated the first floor of Complainants' home.

9.

As a result of this flooding, Complainants' Property—including the building on the Property and its contents—suffered severe damages, including but not limited to the flooring, carpet, sheetrock, insulation, and furnishings of Complainants' home.

10.

On or around September 6, 2021, Complainants reported the damage to the Property to American, which assigned it claim number TC990127852220202021. Complainant made demand for payment for the damage to the Property and its contents and provided satisfactory proof of loss to Defendant.

11.

Thereafter, Defendant failed to fulfill its obligations under Complainant's SFIP, and American is therefore liable unto Complainant for the following reasons:

a. Failing to pay for all flood damages due under Complainant's SFIP;

b. Failing to include all flood damages in Defendant's scope of loss or damage estimate;

c. Failing to properly evaluate the full cost of repair to Complainant's Property, both to the building and its contents;

d. Failing to hire qualified professionals to timely and properly assess all of Complainant's flood damages;

e. Overly depreciating the value of Complainant's Property and the value of its contents; and

f. Breaching the terms of Complainant's SFIP.

## CAUSE OF ACTION: BREACH OF CONTRACT

12.

Complainant re-alleges as incorporated herein all allegations set forth in paragraphs 1 through 11 above. Defendant's willful and/or negligent failure to properly, timely, and fairly adjust Complainant's claim constituted a breach of contract and/or breach of Complainant's SFIP. Defendant's willful and/or negligent actions include: (a) deficient payment which disregarded the actual flood damages to Complainant's Property, including its building and contents; (b) failure to properly evaluate the full cost of repair to Complainant's Property, including its building and contents; (c) failure to hire qualified professionals to timely and properly assess all of Complainant's damages; (d) overly depreciating the value of Complainant's Property; (e) failure to include all damages in the scope of Defendant's loss or damage estimate; and (f) breach of the terms of Complainant's NFIP.

## DAMAGES

13.

As a result of the foregoing breach of contract, Defendant is liable to adequately compensate Complainant for all items covered under the SFIP, including but not limited to:

a. Full value of the cost to repair or replace property damaged by direct physical loss by of from flood;
b. The total value of Complainant's property if it cannot be rebuilt;
c. Loss of contents;
d. Recoverable depreciation;
e. Mold damage and remediation;
f. Debris clean up and removal;

g. Cost of increased compliance.

WHEREFORE, Complainant, DARCEL GIBSON, prays that Defendant, AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, be served with a copy of this Complaint, that after all legal delays it be required to answer same, and after all proceedings and a trial, there be a judgment in favor of Complainant for all amounts commensurate with her damages, to include property damage, recoverable depreciation, mold damage and remediation, debris clean up and removal, cost of increased compliance, and loss of contents, all as reasonable under the premise, to be determined by the trier of fact; said judgment against Defendant and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

**EGENBERG, APLC**

*/s/ Bradley Egenberg*
BRADLEY EGENBERG (#29848)
BEN BERMAN (#36798)
AARON J. HURD (#34601)
EMILY PADGETT (#38650)
SIMON LEVITSKY (#39070)
BLAKE CORLEY (#39848)
MICHAEL SIPOS (#36986)
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:   (504) 229-5700
Facsimile:   (504) 617-7911
Email:       lacourtfilings@egenberg.com
**Attorneys for Complainant**