UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARCEL GIBSON | CIVIL ACTION |
| VERSUS | No. 22-2150 |
| AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY | SECTION: "J"(3) |

## ORDER

Considering the foregoing *Rule 41(a) Joint Stipulation of Dismissal with Prejudice* **(Rec. Doc. 18)**,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 4th day of April, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE